IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA ZVEREVA, | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-26-CV-4943-FB |
| | § | |
| SAFARI CLUB INTERNATIONAL, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time filed on September 25, 2026 (ECF No. 5), seeking to extend the deadline for Plaintiff to submit an Advisory to the Court concerning the amending of her Complaint. Currently, the deadline for submission is September 25, 2026. Plaintiff asks the Court to extend her deadline to consider the notification letter received from the Defendant and file an advisory, if any, as to whether she intends to amend her Complaint by seven days, making her new deadline to file an advisory October 2, 2026, and any Amended Complaint by October 9, 2026. The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Extend Deadline (ECF No. 5) is GRANTED such that Plaintiff shall have until **Friday, October 2, 2026**, to file an advisory with the Court as to her intent to file an Amended Complaint, and until **Friday, October 9, 2026**, to file an Amended Complaint if she chooses to do so.

It is so ORDERED.

SIGNED this 25th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE